3:09-cv-277 Dorsey v. Midland Credit Management, Inc.
Dana Karni
to:
cathy_carnew
02/10/2010 02:00 PM
Cc:
"'Smith, S David'"
Please respond to DKarni
Show Details

Dear Cathy,

In response to our telephone conversation earlier today, I am writing to announce to the Court that the parties have reached a settlement in the above referenced case. I anticipate that execution of the settlement will be complete within 90 days.

Call me if you have any questions.

Very truly yours,
Dana Karni
Counsel for Plaintiff, Nicole Dorsey


Dana Karni
Attorney at Law
KARNI LAW FIRM, P.C.
4635 Southwest Freeway
Suite 610
Houston, Texas 77027
Tel:  713-552-0008
Fax: 713-454-7247
DKarni@TexasConsumerDebt.com
www.TexasConsumerDebt.com
Member of the National Association of Consumer Advocates

*Suits Against Abusive Debt Collectors*
*Defending Credit Card Collection Suits*
*Fighting Deceptive Trade Practices*