UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| NICOLE DORSEY, | § | |
| | § | |
| Plaintiff, | § | |
| versus | § | CIVIL ACTION NO. G-09-277 |
| | § | |
| MIDLAND CREDIT MANAGEMENT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas this 11th day of February, 2010.

_____
Kenneth M. Hoyt
United States District Judge