UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| NICOLE DORSEY, § | |
|     Plaintiff § | |
| § | |
| vs. § | CIVIL ACTION NO. 3:09-CV-0277 |
| MIDLAND CREDIT MANAGEMENT, INC., § | |
|     Defendant § | JURY DEMANDED |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NICOLE DORSEY, Plaintiff, hereby stipulates to the dismissal of this cause of action with prejudice, pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure, and states to the Court that all court costs incurred to date have been paid by the party incurring same.

APPROVED AND AGREED:

By: /s/   Dana Karni
Dana Karni
State Bar No. 24044379
S.D. Texas Bar No. 592484
KARNI LAW FIRM, P.C.
4635 Southwest Freeway, Suite 610
Houston, Texas  77027
Tel:  (713) 552-0008
Fax: (713) 454-7247

ATTORNEY FOR PLAINTIFF,
NICOLE DORSEY

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon counsel for Defendant, via ECF, electronic mail, certified mail, return receipt requested and/or facsimile, pursuant to Rule 5(B) Fed. R. Civ. P., on this 1st day of March, 2010.

David Smith
McGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Tel:  (713) 355-2136
Fax: (713) 520-1025

                                        /s/   Dana Karni
                                        DANA KARNI